# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | * * * |
| Plaintiff, | * |
| | * Civil Action No.: |
| vs. | * |
| | * 5:17-CV-501 (MTT) |
| JOHN W. DAWSON, JR., GARY A. DAWSON, and RODNEY P. DAWSON, | * * * * |
| Defendants. | * |

## ENTRY OF APPEARANCE
## ACKNOWLEDGMENT OF SERVICE

The undersigned, William P. Horkan, of the firm of James Bates Brannan Groover LLP, hereby enters his appearance as the attorney of record for the above-named Defendants and for Kay S. Dawson, individually and/or as Executrix of the Estate of John W. Dawson, Jr., Deceased, as the successor in interest of John W. Dawson, Jr.; in anticipation of Kay S. Dawson being named as the real party in interest in the name, place and stead of John W. Dawson, Jr., Deceased, who will no longer be a party.

The Clerk is requested to show the above-named attorneys as the attorneys for the Defendants and as the attorneys to be noticed as follows:

William Patrick Horkan
GA Bar No. 940306
James Bates Brannan Groover LLP
231 Riverside Drive, Suite 100
P. O. Box 4283
Macon, GA 31208-4283
Ph. (478) 742-4280
Facsimile (478) 742-8720
Email: whorkan@jamesbatesllp.com

The Complaint and process (Summons) in the case having been provided to the above-named attorney of record by or on behalf of the Defendants, the undersigned hereby acknowledges due and legal service of the Complaint and process, waiving any and all further service and notice of the Complaint and process.

The undersigned lastly acknowledges that within 21 days after this date of service an answer to the Complaint in the case or a motion under Rule 12 of the Federal Rules of Civil Procedure must be served on the Plaintiff's attorney whose name and address are:

Stewart R. Brown, Assistant United States Attorney
Office of the United States Attorney for the Middle District of Georgia
300 Mulberry Street, Suite 400
P. O. Box 1702
Macon, GA 31202-1702

With the concurrence of the Attorney for the Plaintiff, however, the obligation to answer or otherwise defend on behalf of Kay S. Dawson, individually or as Executor of the Estate of John W. Dawson shall not arise and the

commencement of the running of the 21 days shall not begin until amendment to the Complaint making her a Defendant is served on the attorney(s) for the Defendants and Kay S. Dawson named herein.

This 9th day of January, 2018.

        William Patrick Horkan
        Attorney for the Defendants and
        Kay S. Dawson

By:   /s/ William P. Horkan
       William P. Horkan
       GA Bar No. 940306
       James Bates Brannon Groover LLP
       231 Riverside Drive, Suite 100
       P. O. Box 4283
       Macon, GA 31208-4283
       Ph. (478) 742-4280
       Facsimile (478) 742-8720
       Email: whorkan@jamesbatesllp.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys above-named, hereby certify that this date, I electronically filed the foregoing Entry of Appearance/Acknowledgment of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stewart R. Brown
Attorney for Plaintiff

I also certify that I have mailed by the United States Postal Service the Entry of Appearance/Acknowledgment of Service to non-CM/ECF participants as follows: N/A.

This 9th day of January, 2018.

/s/ William P. Horkan
WILLIAM P. HORKAN
GA Bar No. 940306
James Bates Brannon Groover LLP
231 Riverside Drive, Suite 100
P. O. Box 4283
Macon, GA 31208-4283
Ph. (478) 742-4280
Facsimile (478) 742-8720
Email: whorkan@jamesbatesllp.com