## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

THE UNITED STATES OF        *
AMERICA,                    *
                            *
    Plaintiff,          *
                            *       Civil Action No.:
    vs.                 *
                            *       5:17-CV-501 (MTT)
GARY A. DAWSON,             *
RODNEY P. DAWSON, and       *
KAY S. DAWSON, Individually *
or as Executrix of the Estate of *
JOHN W. DAWSON, JR.,        *
Deceased,                   *
                            *
    Defendants.         *

## JOINT MOTION TO STAY DISCOVERY, DEFER REPORT ON STATUS OF DISCOVERY, AND EXTEND DISCOVERY

**COME NOW,** the Parties in the above captioned case by and through their undersigned attorneys and move the Court as follows:

1.    The action of the Court which the Parties seek hereby is an Order,

    (a)  staying discovery for a period of sixty (60) days,

    (b)  deferring for the same period a response to the Court's ECF 11 Discovery Order Memorandum eliciting a discovery status report, and

(c)  extending discovery, if it is resumed, for a period of sixty

(60) days.

2.      In explanation and support of their foregoing requests the

Parties convey to the Court that they have interrupted and foregone

discovery in the case virtually from the outset because almost immediately

it was realized that there were areas of compromise possible under which

settlement was very possibly achievable.

3.      Further, the Parties have acted on those settlement possibilities

in tangible ways.  For example, on June 28, 2018, after tacit agreement on

certain technical matters, a survey of the area which includes the navigation

facility of the United States and the irrigation system of the Defendants was

conducted and certain limits and physical points established.

4.      Next, however, if further progress is to be achieved toward

settlement, certain tests, including multiple flights of aircraft, must be

conducted to make determinations on possible resumed functioning of the

navigation facility.   Assuming the next steps, beyond the tests, are reached,

the establishment of certain physical monuments will be necessary before

finalization.

5.      The Parties hope and expect that the foregoing steps in

accomplishment of determining the feasibility of settlement can be

completed within the time requested herein, sixty (60) days, and the case can be concluded based thereon.

6.     It is only against the possibility that settlement is revealed to be unachievable that the Parties make the alternative request, first that a discovery status report only be required in the event settlement is not achieved, with it being due the sooner of the end of the 60 days sought herein or within one week of it becoming apparent to the Parties that settlement will not be reached.  Coupled with that request, the Parties would request that discovery not be resumed until submission of the discovery status report and that the time for discovery be extended for sixty (days).

**JOINTLY MOVED** the 5th day of July, 2018.

**The Parties certify that they have jointly arrived at the foregoing and that each concurs in the form and content thereof, including the affixation hereto of their electronic signatures, each having signed an original hereof and each consenting to the filing hereof.**

CHARLES E. PEELER                       WILLIAM P. HORKAN
UNITED STATES ATTORNEY                  JAMES BATES BRANNON
MIDDLE DISTRICT OF GEORGIA              GROOVER LLP
ATTORNEY FOR THE                        ATTORNEYS FOR THE
UNITED STATES OF AMERICA                DEFENDANTS


By:   /s/ Stewart R. Brown      By:   /s/ William P. Horkan
        Stewart R. Brown                  Williams P. Horkan
        Assistant United States Attorney    Georgia State Bar # 940306
        Georgia State Bar # 089650       James Bates Brannon Groover
        United States Attorney's Office     LLP
        Middle District of Georgia        231 Riverside Drive, Suite 100
        P.O. Box 1702                   P. 0. Box 4283
        Macon, Ga. 31202-1702         Macon, GA 31208-4283
        Telephone: (478) 621-2690      Telephone (478) 742-4280
        Facsimile: (478) 621-2737       Facsimile (478) 742-8720
        Email: Stewart.Brown@usdoj.gov   Email:whorkan@jamesbateslIp.
                                           com

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of July, 2018, I electronically filed the above and foregoing Joint Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Stewart R. Brown, Esq.
> Assistant United States Attorney

I also certify that I have mailed by the United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

> N/A.

/s/ William P. Horkan
Georgia Bar No. 940306
Attorney for Defendants